1  Elizabeth J. Cabraser (State Bar No. 083151)
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
2  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
3  Telephone: 415.956.1000
   Facsimile: 415.956.1008
4  E-mail: ecabraser@lchb.com

5  *Lead Counsel for Plaintiffs*

6  *[additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MALLEN FAJARDO, CHRISTOPHER ALLEN, FRANK COHEN, ANDREW KAVAN, MARK KOVALETZ, CECIL ROBINSON, SANDER SHADY, WILLIAM VENTURINO, and JOHN VORISEK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DR. ING. H.C. F. PORSCHE AG, PORSCHE CARS NORTH AMERICA, INC., and VOLKSWAGEN AG,<br>Defendants. | CASE NO. 3:20-cv-7473<br><br>**NOTICE OF RELATED CASE** |
| IN RE: VOLKSWAGEN 'CLEAN DIESEL' MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Audi $CO_2$ Cases | MDL No. 2672 CRB (JSC)<br><br>The Honorable Charles R. Breyer |

## TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD

Pursuant to the instructions on the Civil Cover Sheet, Plaintiffs Mallen Fajardo, Christopher Allen, Frank Cohen, Andrew Kavan, Mark Kovaletz, Cecil Robinson, Sander Shady, William Venturino, and John Vorisek provide notice that *Fajardo, et al. v. Dr. Ing. h.c. F. Porsche AG, et al.*, No. 3:20-cv-7473, involves substantially the same parties, property, transaction or event as *In Re: Volkswagen Clean Diesel Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2672 CRB (JSC), Hon. Charles R. Breyer.

Dated: October 23, 2020   Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser (State Bar No. 083151)
Kevin R. Budner (State Bar No. 287871)
Phong-Chau G. Nguyen (State Bar No. 286789)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008
E-mail: ecabraser@lchb.com
E-mail: kbudner@lchb.com
E-mail: pgnguyen@lchb.com

David S. Stellings
Wilson M. Dunlavey (State Bar No. 307719)
Kara I. McBride
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592
E-mail: dstellings@lchb.com
E-mail: wdunlavey@lchb.com
E-mail: kmcbride@lchb.com

*Plaintiffs' Lead Counsel*